IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                           Case No. 3:96cr762-01

        Plaintiff,                                    Judge David A. Katz

   -vs-
                                                ORDER

James F. Fleischmann, Jr.,

        Defendant.

    Before this Court is the Report and Recommendation of the Magistrate Judge in the above entitled case issued on March 1, 2006 and subsequently amended on March 2, 2006.

    Counsel having filed with the Court notices indicating that there will be no objections to the Report and Recommendation, the Court hereby adopts the Magistrate's Report and Recommendation in it's entirety. Judgment entry to issue forthwith.

    IT IS SO ORDERED.

                                                           s/ DAVID A. KATZ    3/6/2006
                                                            United States District Judge